IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| VINCENT E. COFIELD, | ) | No. C 13-5776 JSW (PR) |
| Plaintiff, | ) | **ORDER OF DISMISSAL** |
| v. | ) | |
| MOHAMMAD A. ISCANDARI, | ) | |
| Defendants. | ) | |

Plaintiff, a California prisoner, has filed this pro se civil rights complaint under 42 U.S.C. § 1983. The complaint in this action makes the same claims against the same defendants as the in forma pauperis complaint filed in Plaintiff's earlier case, *Cofield v. Iscandari*, No. 13-0915 JSW (PR). In the order granting reconsideration and dismissing that case, the Court explained why Plaintiff's claims are not cognizable. A complaint that merely repeats pending or previously litigated claims may be considered frivolous and dismissed under the authority of 28 U.S.C. § 1915(e). *Cato v. United States*, 70 F.3d 1103, 1105 n.2 (9th Cir. 1995). Such a complaint is also subject to dismissal as duplicative. *Bailey v. Johnson*, 846 F.2d 1019, 1021 (5th Cir. 1988).

Additionally, Plaintiff was given twenty-eight days from December 13, 2013, in which to pay the filing fee or file a completed application to proceed in forma pauperis.

1    He has done neither.

2        He was cautioned that his failure to do so would result in the dismissal of this

3    action.  Plaintiff filed a letter (dkt. 7) to Judge Thelton Henderson complaining about the

4    health care services at High Desert State Prison.  If Plaintiff wishes to pursue claims on

5    that matter, he may do so in a civil rights complaint in the Eastern District of California,

6    the proper venue for such claims.

7        Accordingly, this action is DISMISSED.  The Clerk shall close the file and enter

8    judgment in Defendants' favor.

9        IT IS SO ORDERED.

10   DATED:

11                    JEFFREY S. WHITE
                     United States District Judge

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA


VINCENT COFIELD,                                Case Number: CV13-05776 JSW

          Plaintiff,                        **CERTIFICATE OF SERVICE**

  v.

HIGH DESERT STATE PRISON et al,

          Defendant.
_____/


I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on February 6, 2014, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.


Vincent E. Cofield
#G31012
HDSP
P.O. Box
Susanville, CA 96127

Dated: February 6, 2014

                                  Richard W. Wieking, Clerk
                                  By: Lisa R Clark, Deputy Clerk

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA


VINCENT COFIELD,

          Plaintiff,

  v.

HIGH DESERT STATE PRISON et al,

          Defendant.

_____/

Case Number: CV13-05776 JSW

**CERTIFICATE OF SERVICE**


I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on February 6, 2014, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.


Vincent E. Cofield
#G31012
HDSP
P.O. Box
Susanville, CA 96127

Dated: February 6, 2014

                        Richard W. Wieking, Clerk
                        By: Lisa R Clark, Deputy Clerk